IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICKY DOUGLAS,                      )
                    Plaintiff,      )
                                    )
        vs.                         )          Civil Action No. 14-1266
                                    )          Judge Maurice B. Cohill/
                                    )          Chief Magistrate Judge Maureen P. Kelly
ORLANDO L. HARPER *Warden*;         )
DEPUTY WARDEN ENRICK; C/O           )
BOZACK; C/O YOUNG; C/O ZOLLER,      )
                    Defendants.     )

## **O R D E R**

AND NOW, this <u>10th</u> day of March, 2015, after Plaintiff, Ricky Douglas, filed an action

in the above-captioned case, and after a Report and Recommendation was filed by the United

States Magistrate Judge giving the parties until March 6, 2015 to file written objections thereto,

and no objections having been filed, and upon independent review of the record, and upon

consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the

opinion of this Court,

IT IS HEREBY ORDERED that the Complaint, ECF No. 7, is dismissed for failure to

prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

1

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:


Maurice B. Cohill, Jr.
Senior United States District Judge


cc:    Honorable Maureen P. Kelly
      Chief United States Magistrate Judge

      Ricky Douglas
      164550
      Allegheny County Jail
      950 Second Avenue
      Pittsburgh, PA 15219